UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LENORE HERNANDEZ,

    Plaintiff,

v.

Case No.: 8:17cv-589-T-23-TBm

MASSEY SERVICES, INC.

    Defendant.
_____/

## DEFENDANT'S NOTICE OF REMOVAL

Defendant, MASSEY SERVICES, INC. ("Massey Services"), by counsel and pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby removes this action from the Circuit Court of the Sixth Judicial Circuit in and for Pasco County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division, reserving all rights and defenses. A short and plain statement of the grounds for removal is as follows:

1. On February 8, 2017, Lenore Hernandez ("Plaintiff") filed this action against Massey Services, in the Circuit Court of the Sixth Judicial Circuit in and for Pasco, Florida, Case No. 2017-CA-436-CAA-XWS.

2. The Summons and Complaint were served on Massey Services on February 27, 2017. Pursuant to 28 U.S.C. § 1446(b), this notice is filed timely within thirty (30) days of the service of the Summons and Complaint on Massey Services.

3. Plaintiff filed a one count Complaint alleging violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"). Count I purports to be an FLSA claim for unpaid overtime. Accordingly, pursuant to 28 U.S.C. § 1331 (federal question jurisdiction), this

TPAO 42295

Court has original jurisdiction over Plaintiff's FLSA claim and, therefore removal of the FLSA claim to this Court is proper.

4. The events alleged by Plaintiff giving rise to Plaintiff's claims allegedly occurred in Pasco County, Florida, which is within this Court's district. Complaint at ¶ 2. Accordingly, venue is proper in the Tampa Division of the United States District Court, Middle District of Florida. M.D. Fla. Loc. R. 1.02(b)(4).

5. Pursuant to 28 U.S.C. § 1446(a), Massey Services has attached a copy of all process, pleadings, and orders served upon Massey Services in this action. See Composite Exhibit A.

6. Pursuant to 28 U.S.C. § 1446(d), Massey Services will give written notice of this removal to Plaintiff. Further, Massey Services will file a copy of this Notice of Removal with the clerk of the state court. See attached Exhibit B.

Dated this 9th day of March, 2017.

STOVASH, CASE & TINGLEY, P.A.

By: /s/
J. Scott Hudson, Esquire
Florida Bar No.: 0725137
Primary Email: shudson@sctlaw.com
Secondary Email: lprentice@sctlaw.com
Peyton H. Keaton IV, Esquire
Primary E-mail: pkeaton@sctlaw.com
Secondary Email: lprentice@sctlaw.com
Matthew J. Pearce, Esquire
Florida Bar No.:0108368
Primary Email: mpearce@sctlaw.com
Secondary Email: sarcia@sctlaw.com
Stovash, Case & Tingley, P.A.
The VUE at Lake Eola
220 North Rosalind Avenue
Orlando, Florida 32801
Telephone: (407) 316-0393

Facsimile: (407) 316-8969
Attorneys for Massey Services, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Defendant's Notice of Filing Notice of Removal, has been furnished by email and first class U.S. Mail to: Matthew K. Fenton, Esq., Wenzel Fenton Cabassa, P.A., 1110 North Florida Avenue, Suite 300, Tampa, Florida 33602, on this 9th day of March, 2017.

_____
Matthew J. Pearce, Esquire